1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   UNITED STATES OF AMERICA,            )
                                         )   No.  CR 10-00767 WHA
                    Plaintiff,           )
9                                        )   [PROPOSED] STIPULATED
                                         )   ORDER CONTINUING
        v.                               )   SENTENCING HEARING
10                                       )
    JOSE HINOJOSA,                       )
11                                       )
                    Defendant.           )   **Current Sentencing Hearing Date:**
12  _____ )   Oct. 16, 2012 at 2:00 p.m.

13                                           **New Sentencing Hearing Date:**
                                             Oct. 30, 2012 at 2:00 p.m.
14

15       The defendant in the above-entitled case has entered a guilty plea pursuant to a written

16  plea agreement. Sentencing is now scheduled for Tuesday, October 16, 2012 at 2:00 p.m.

17       After the sentencing date was scheduled, counsel for Mr. Hinojosa was informed of an

18  out-of-district work obligation that conflicts with the October 16 hearing. Therefore, the

19  defense requests that the sentencing hearing date be moved to October 30, 2012 at 2:00 p.m.

20       The government has no objection to this request.

21       Therefore, for good cause shown the sentencing hearing now scheduled for Tuesday,

22  October 16, 2012 is vacated. The matter shall be added to this Court's calendar on Tuesday,

23  //

24  //

25  //

26  //

*Hinojosa*, CR 10-00767 WHA
ORD. CONT. SENT. HEARING

1    October 30, 2012 at 2:00 p.m. for sentencing.

2

3            IT IS SO ORDERED.

4

5     October 3, 2012.
6    DATED                              WILLIAM      ALSUP
                                        United States District Judge

7

8    IT IS SO STIPULATED.

9
      October 3, 2012                          /s
10   DATED                              MELINDA HAAG
                                        United States Attorney
11                                      Northern District of California
12                                      KYLE WALDINGER
                                        Assistant United States Attorney
13

14

15    October 3, 2012                          /s
16   DATED                              GEOFFREY A. HANSEN
                                        Federal Public Defender
17                                      Northern District of California
18                                      STEVEN G. KALAR
                                        Assistant Federal Public Defender
19

20

21

22

23

24

25

26